**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 427 EAL 2017
:
                  Respondent :
:
                         : Petition for Allowance of Appeal from
                         : the Order of the Superior Court
        v. :
:
:
IDRIS MUNSON, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of February, 2018, the Petition for Allowance of Appeal
is **DENIED**.